180 So.2d 541

**STATE of Louisiana**

v.

**John H. SANFORD.**

No. 47986.

Dec. 13, 1965.

In re: John H. Sanford applying for writ of habeas corpus.

The application is denied. The showing made does not justify the relief sought.

180 So.2d 541

**Mrs. Barbara Dow McGee NOWLIN**

v.

**Henry Wayne McGEE.**

No. 47997.

Dec. 13, 1965.

SANDERS, J., is of the opinion that a writ should be granted. Once the jurisdiction of the Court has attached, the Court retains such jurisdiction to modify its own judgment, when such judgment is subject to modification. 17 A Am.Jur.2d Divorce and Separation, Sect. 847, p. 38; 70 A.L.R. 527, 4 A.L.R 2d 7, 9 A.L.R.2d 453. See also Pullen v. Pullen, 161 La. 721, 109 So. 400; Wheeler v. Wheeler, 184 La. 689, 167 So. 191; Wilmot v. Wilmot, 223 La. 221, 65 So.2d 321; Lukianoff v. Lukianoff, 166 La. 219, 116 So. 890.